UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ADVANTAGE ROOFING &
CONSTRUCTION OF
LOUISIANA, INC.

VERSUS

MW BUILDERS, INC., ET AL.

CIVIL ACTION

NO. 09-589-JJB

## O R D E R

Considering plaintiff's motion (doc. 7) to withdraw its motion to remand; to dismiss its claims against Metsun; and to amend its complaint to add the Federal Insurance Company as a party;

IT IS ORDERED that plaintiff's motion (doc. 7) to withdraw be GRANTED and that the motion (doc. 6) to remand be DISMISSED from the court's docket.

IT IS ORDERED that Metsun's motion (doc. 3) to dismiss be GRANTED.

IT IS FURTHER ORDERED that plaintiff's motion (doc. 7) to amend be DENIED reserving plaintiff the right to submit a motion to amend accompanied by a proposed amended complaint.

Baton Rouge, Louisiana, August 31st, 2009.

JAMES J. BRADY, DISTRICT JUDGE

1